UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS AGUILAR, | ) | No. CV 09-1430 JST (FFM) |
|         Petitioner, | ) ) | |
| | ) | JUDGMENT |
|    v. | ) ) | |
| KEN CLARK, Warden, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  May 11, 2012 

                                                JOSEPHINE STATON TUCKER
                                                United States District Judge